THE PEOPLE OF THE STATE OF NEW YORK ex rel. POSTAL TELEGRAPH-CABLE COMPANY, Appellant, *v.* STATE BOARD OF TAX COMMISSIONERS, Respondent.

CITY OF NEW YORK, Intervenor, Respondent.

(Submitted September 30, 1918; decided October 8, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.  (See 224 N. Y. 167.)

---

AMERICAN DEFENSE SOCIETY, INCORPORATED, Respondent, *v.* THE SHERMAN NATIONAL BANK OF NEW YORK, Appellant.

Reported below, 176 App. Div. 250.

(Argued September 30, 1918; decided October 8, 1918.)

MOTION to dismiss an appeal from a judgment entered February 13, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a verdict directed by the court and directing judgment in favor of plaintiff in an action to recover the amount of certain checks alleged to have been improperly paid by the defendant bank.

The motion was made upon the grounds that no question of law was involved; that the reversal was upon the facts, and that the exceptions were frivolous.

*H. W. Newburger* for motion.
*John Kirkland Clark* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.